# B|RILEY
## Advisory Services

*Formerly known as GlassRatner Advisory & Capital Group LLC*

December 16, 2020                                                                                       Invoice # :   55264

MICHAEL FUQUA, RECEIVER
GLASSRATNER D/B/A B RILEY ADVISORY
3445 PEACHTREE ROAD
SUITE 1225
ATLANTA GA 30326

In Reference To:  **FTC v. CRM**

For professional services rendered during the period  September 25, 2020   through     November 30, 2020

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Michael Fuqua | 42.60 | 350.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 42.60 | $14,910.00 |
| Balance due |  | $14,910.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.        Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804  | www.glassratner.com

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---|

### Asset Analysis

| Date | Person | Description | Hours |
|---|---|---|---|
| 10/1/2020 | M. Fuqua | Service of TRO on virtual office of Parliament Services | 1.00 |
|  | M. Fuqua | Accessing premises - 6500 McDonough | 4.00 |
| 10/2/2020 | M. Fuqua | Onsite at 6500 McDonough - record review and collection | 1.00 |
|  | M. Fuqua | Emails w/FTC, L Clemente re: service, bank accts, etc | 1.00 |
| 10/5/2020 | M. Fuqua | Status call w/FTC | 0.50 |
|  | M. Fuqua | call w/L Clemente, K Wilson re: contacting banks | 0.60 |
| 10/8/2020 | M. Fuqua | Call w/Regions Bank re: accounts | 0.40 |
| 10/11/2020 | M. Fuqua | Review, edit and add questions prepared by L Clemente for B McKenzie deposition | 0.40 |
| 10/12/2020 | M. Fuqua | Call w/ L Clemente & K Wilson to review completeness of deposition questions | 0.40 |
| 10/14/2020 | M. Fuqua | Download and preliminary analysis of Woodforest Bank statements | 0.50 |
| 10/15/2020 | M. Fuqua | Review McKenzie disclosures, email to BR team re: findings from bank statement analysis | 0.80 |
| 10/19/2020 | M. Fuqua | Status meeting with LC | 0.30 |
| 10/20/2020 | M. Fuqua | Call with LC re: credit card release request | 0.10 |
| 10/22/2020 | M. Fuqua | Meeting w/L Clemente re: Ameris Bank accounts | 0.70 |
| 10/27/2020 | M. Fuqua | Meet w/L Clemente re: bank communications; emails to Defendant, call to Chase Bank | 0.70 |
| 10/28/2020 | M. Fuqua | Prepare and send correspondence to Chase re: release personal credit card from asset freeze; correspondence w/B McKenzie re: same | 0.90 |
| 10/29/2020 | M. Fuqua | Status meeting w/ L Clemente & K Wilson | 0.50 |
| 11/6/2020 | M. Fuqua | Cursory review of JP chase bank Staments and detail (600 pages) | 2.00 |
|  |  | SUBTOTAL: [ 15.80 | 5530.00] |

### Business Analysis

| Date | Person | Description | Hours |
|---|---|---|---|
| 10/7/2020 | M. Fuqua | Meeting with KW/LC regarding layout exhibit and next steps | 0.50 |
| 10/8/2020 | M. Fuqua | review layout exhibit, emails with L Clemente, K Wilson | 0.50 |
| 10/9/2020 | M. Fuqua | Review and edit premises file to be sent to FTC | 0.20 |
| 11/7/2020 | M. Fuqua | Meeting with /LC re: status and next steps | 0.70 |
| 11/9/2020 | M. Fuqua | Meeting w/ LC re: analysis of Chase documents | 0.20 |
|  |  | SUBTOTAL: [ 2.10 | 735.00] |

### Case Administration

| Date | Person | Description | Hours |
|---|---|---|---|
| 9/25/2020 | M. Fuqua | Review TRO and prep for accessing premises | 1.00 |
| 9/30/2020 | M. Fuqua | Call w/L Clemente & K Willson re: accessing premises | 0.50 |
|  | M. Fuqua | Calls & emails w/FTC re: accessing premises | 1.00 |
| 10/1/2020 | M. Fuqua | Meet FTC, pre- site access meeting - 6500 McDonough | 1.00 |
| 10/6/2020 | M. Fuqua | Calls to locate Mr. McKenzie; connected and conversation with same | 0.40 |
|  | M. Fuqua | Status meeting w/ L Clemente, K Wilson re: bank contacts | 0.50 |
|  | M. Fuqua | Emails with counsel & FTC | 0.60 |
| 10/14/2020 | M. Fuqua | Attend virtual hearing | 0.60 |
|  | M. Fuqua | Prepare period to date activity report draft | 1.60 |
| 10/16/2020 | M. Fuqua | Communications w/Landlord re: Receivership | 0.70 |
| 10/26/2020 | M. Fuqua | Pick up mail, open and review | 1.00 |
| 11/9/2020 | M. Fuqua | Call w/Chase Bank re: followup on cashier check funds | 0.30 |
|  | M. Fuqua | work on draft report - update with new info | 2.10 |
|  | M. Fuqua | Work on report updates for filing | 3.50 |
| 11/10/2020 | M. Fuqua | Return excess funds erroneously sent to Receivership to Ameris to Tucker branch | 0.80 |
| 11/13/2020 | M. Fuqua | Complete the First Receiver's Report and send to counsel for review and filing. | 2.50 |
| 11/16/2020 | M. Fuqua | email to B McKenzie re: recovering furniture & fixtures | 0.20 |
| 11/17/2020 | M. Fuqua | Email to Landlord re: vacating premises | 0.20 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/19/2020 | M. Fuqua | Call w/LC and Counsel regarding next steps | 0.50 |  |
| 11/23/2020 | M. Fuqua | Collect business related documents and computer hard-drives from office w/LC | 2.70 |  |
| 11/28/2020 | M. Fuqua | Meet BM and TW at CRM office to remove personal items | 3.00 |  |
|  | SUBTOTAL: |  | [ 24.70 | 8645.00] |

GlassRatner Advisory & Capital Group LLC