# BRYAN CAVE LEIGHTON PAISNER

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Fuqua, Michael
B/Riley Advisory Services
3445 Peachtree Road
Suite 1225
Atlanta, GA 30326

December 3, 2020
Invoice # 10994807
Client # 1151958

Payment is due upon
Receipt

## STATEMENT OF ACCOUNT

BALANCE FORWARD:

| | | | |
|---|---|---|---|
| Balance per Statement Dated November 19, 2020 | $ | 6,637.50 | |
| Payments and Other Credits | $ | 0.00 | |
| BALANCE FORWARD | | $ | 6,637.50 |

CURRENT CHARGES FOR MATTER:

File #1151958.000006
Representation of Michael Fuqua as Receiver for Critical
Resolution Mediation LLC

| | | | |
|---|---|---|---|
| Fees for Legal Services | $ | 3,187.50 | |
| Expenses and Other Charges | | 1.20 | |
| **TOTAL CHARGES THIS INVOICE** | | **$** | **3,188.70** |

| | | |
|---|---|---|
| Statement Total Including Balance Forward | $ | 9,826.20 |

Bryan Cave Leighton Paisner LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

### PAYMENT INSTRUCTIONS

**Check Payment Instructions:**

**Bryan Cave Leighton Paisner LLP**
**P.O. Box 503089**
**St. Louis, MO 63150-3089**

**Please return Remittance Advice with payment in the enclosed envelope.**

**ACH Payment Instructions:**

**ACH to:**
**Bank of America**
**One Bank of America Plaza**
**St. Louis, MO 63101**

**Routing #081000032**
**Account # 100101007976**

**Wire Instructions:**

**Wire to:**
**Bank of America**
**One Bank of America Plaza**
**St. Louis, MO 63101**
**ABA #0260-0959-3**
**Account # 100101007976**
**Swift Codes:**
**BOFAUS3N (incoming US wires)**
**BOFAUS6S (incoming Non-US wires)**

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.

**Please include the Client, Matter, or Invoice Number with all payments.**

Fuqua, Michael

December 3, 2020
Invoice # 10994807
Client # 1151958
Page 2

---

For Legal Services Rendered Through November 30, 2020

File # 1151958.000006
Representation of Michael Fuqua as Receiver for Critical
Resolution Mediation LLC

| | | | | |
|---|---|---|---|---|
| 11/02/20 | J. D. Odom | 0.10 hrs. | 37.50 | Confer with M. Fuqua regarding updating the receiver's report with new information learned and assets recovered. |
| 11/02/20 | J. D. Odom | 0.10 hrs. | 37.50 | Telephone call from subpoena recipient regarding cost to respond. |
| 11/02/20 | J. D. Odom | 0.10 hrs. | 37.50 | Confer with K. Arocha regarding the subpoena and updating the receivers report. |
| 11/03/20 | J. D. Odom | 0.10 hrs. | 37.50 | Review correspondence from Voxtelesys regarding estimate for responding to discovery. |
| 11/04/20 | J. D. Odom | 0.10 hrs. | 37.50 | Correspondence with H. Clausen, M. Fuqua, K. Arocha and, R. Rock regarding Depositions |
| 11/04/20 | J. D. Odom | 0.20 hrs. | 75.00 | Confer with the team regarding noticing depositions for Parliament Services LLC, B. McKenzie, and Critical Resolution Mediation LLC. |
| 11/04/20 | J. D. Odom | 0.10 hrs. | 37.50 | Confer with K. Arocha regarding fee quote for subpoena response. |
| 11/05/20 | J. D. Odom | 0.20 hrs. | 75.00 | Confer with K. Arocha regarding depositions. |
| 11/05/20 | J. D. Odom | 0.20 hrs. | 75.00 | Review correspondence from the FTC and M. Fuqua regarding updating and filing a receiver's report by November 13th. |
| 11/06/20 | J. D. Odom | 0.20 hrs. | 75.00 | Telephone conference with K. Arocha regarding preparing deposition question for depositions. |
| 11/06/20 | J. D. Odom | 0.20 hrs. | 75.00 | Confer with the FTC and M. Fuqua regarding filing an updated receiver's report. |

Fuqua, Michael

December 3, 2020
Invoice # 10994807
Client # 1151958
Page 3

| | | | | |
|---|---|---|---|---|
| 11/06/20 | J. D. Odom | 0.10 hrs. | 37.50 | Review correspondence from the FTC and counsel for the defendants regarding the personal belongings and other issues for the injunction hearing. |
| 11/09/20 | J. D. Odom | 0.20 hrs. | 75.00 | Correspondence with the FTC regarding the Injunction hearing and depositions. |
| 11/10/20 | J. D. Odom | 0.20 hrs. | 75.00 | Correspondence with the FTC and M. Fuqua regarding the report and conference call. |
| 11/10/20 | J. D. Odom | 0.20 hrs. | 75.00 | Telephone conference with M. Fuqua regarding status and next steps. |
| 11/11/20 | J. D. Odom | 0.20 hrs. | 75.00 | Review correspondence from M. Fuqua for issues to discuss with the Federal Trade Commission. |
| 11/12/20 | A. W. Ferebee | 0.00 hrs. | NO CHARGE | Conference with FTC and Receiver regarding Receiver's report and next steps (no charge) |
| 11/12/20 | J. D. Odom | 0.80 hrs. | 300.00 | Conference call to discuss the matter of FTC v. CRM with H. Clausen, R. Rock and M. Fuqua. |
| 11/12/20 | J. D. Odom | 0.10 hrs. | 37.50 | Confer with M. Fuqua regarding the receivers report and supplemental information. |
| 11/13/20 | J. D. Odom | 0.30 hrs. | 112.50 | Confer with M. Fuqua and K. Arocha regarding comments from the Federal Trade Commission regarding the receivers report. |
| 11/13/20 | J. D. Odom | 0.20 hrs. | 75.00 | Telephone calls with M. Fuqua regarding the receivers report. |
| 11/13/20 | J. D. Odom | 0.40 hrs. | 150.00 | Confer with K. Arocha regarding revisions to and filing of the Revised Receiver's Report. |
| 11/13/20 | J. D. Odom | 1.20 hrs. | 450.00 | Revise first Receiver's Report. |
| 11/16/20 | J. D. Odom | 0.10 hrs. | 37.50 | Review correspondence regarding vacating the premises and the furniture and fixtures. |

Fuqua, Michael

December 3, 2020
Invoice # 10994807
Client # 1151958
Page 4

| | | | | |
|---|---|---|---|---|
| 11/17/20 | J. D. Odom | 0.10 hrs. | 37.50 | Correspondence with M. Fuqua regarding CRM S&U. |
| 11/17/20 | J. D. Odom | 0.20 hrs. | 75.00 | Correspondence with R. Rock regarding Portfolio Management Group. |
| 11/19/20 | A. W. Ferebee | 0.50 hrs. | 187.50 | Conference with Receiver and team regarding next steps and strategy. |
| 11/19/20 | J. D. Odom | 0.70 hrs. | 262.50 | Call to Discuss FTC v. CRM with M. Fuqua and L. Clemente |
| 11/23/20 | M. Hamor | 0.80 hrs. | 300.00 | Research property history for 1346 To Lani Farm Rd., Stone Mountain, GA. |
| 11/23/20 | J. D. Odom | 0.20 hrs. | 75.00 | Review Research and correspondence with M. Fuqua regarding research on the home ownership and mortgage payments. |
| 11/24/20 | J. D. Odom | 0.10 hrs. | 37.50 | Review research on the property history |
| 11/25/20 | J. D. Odom | 0.10 hrs. | 37.50 | Confer with M. Fuqua and L. Clemente regarding deadlines and next steps |
| 11/25/20 | J. D. Odom | 0.20 hrs. | 75.00 | Confer with K. Arocha regarding determining all deadlines. |

## TIMEKEEPER SUMMARY OF FEES

| Name | Status | | Hours | Rate/Hr | Amount |
|---|---|---|---|---|---|
| A. W. Ferebee | STAFF LWYR | AT | 0.50 | 375.00 | 187.50 |
| M. Hamor | ADMIN | SM | 0.80 | 375.00 | 300.00 |
| J. D. Odom | PARTNER | AT | 7.20 | 375.00 | 2,700.00 |
| | TOTAL | | 8.50 | 375.00 | 3,187.50 |

Total Hours                                      8.50

Total Fees for Legal Services            $       3,187.50

Fuqua, Michael

December 3, 2020
Invoice # 10994807
Client # 1151958
Page 5

## EXPENSES AND OTHER CHARGES

Prints                                                                      1.20

       Total Expenses and Other Charges                 $        1.20

TOTAL CHARGES FOR THIS INVOICE                           $     3,188.70

BRYAN
CAVE
LEIGHTON
PAISNER

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Fuqua, Michael                                      December 3, 2020
B/Riley Advisory Services                           Invoice # 10994807
3445 Peachtree Road                                 Client # 1151958
Suite 1225                                          Matter # 1151958.000006
Atlanta, GA 30326

## REMITTANCE ADVICE

BALANCE FORWARD:

| | | | |
|---|---|---|---|
| Balance per Statement Dated November 19, 2020 | $ | 6,637.50 | |
| Payments and Other Credits | $ | 0.00 | |
| BALANCE FORWARD | | $ | 6,637.50 |

CURRENT CHARGES

File #1151958.000006
Representation of Michael Fuqua as Receiver for Critical
Resolution Mediation LLC

| | | |
|---|---|---|
| Fees for Legal Services | $ | 3,187.50 |
| Expenses and Other Charges | $ | 1.20 |

| | | |
|---|---|---|
| **TOTAL CHARGES THIS INVOICE** | **$** | **3,188.70** |

| | | |
|---|---|---|
| Statement Total Including Balance Forward | $ | 9,826.20 |

Bryan Cave Leighton Paisner LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

## PAYMENT INSTRUCTIONS

**Check Payment Instructions:**

**Bryan Cave Leighton Paisner LLP**
**P.O. Box 503089**
**St. Louis, MO 63150-3089**

**Please return Remittance Advice with payment in the enclosed envelope.**

**ACH Payment Instructions:**

**ACH to:**
**Bank of America**
**One Bank of America Plaza**
**St. Louis, MO 63101**

**Routing #081000032**
**Account # 100101007976**

**Wire Instructions:**

**Wire to:**
**Bank of America**
**One Bank of America Plaza**
**St. Louis, MO 63101**
**ABA #0260-0959-3**
**Account # 100101007976**
**Swift Codes:**
**BOFAUS3N (incoming US wires)**
**BOFAUS6S (incoming Non-US wires)**

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.

**Please include the Client, Matter, or Invoice Number with all payments.**

**BRYAN
CAVE
LEIGHTON
PAISNER** BLP

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Fuqua, Michael                                      December 3, 2020
B/Riley Advisory Services                           Invoice # 10994807
3445 Peachtree Road                                 Client # 1151958
Suite 1225                                          Matter # 1151958.000006
Atlanta, GA 30326

OUR RECORDS SHOW THESE INVOICES OUTSTANDING AS OF December 3, 2020

Balance Outstanding on Inv.     10992546      (Dated 11/19/20)              6,637.50

Bryan Cave Leighton Paisner LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

## PAYMENT INSTRUCTIONS

| Check Payment Instructions: | ACH Payment Instructions: | Wire Instructions: |
|---|---|---|
| **Bryan Cave Leighton Paisner LLP**<br>**P.O. Box 503089**<br>**St. Louis, MO  63150-3089** | ACH to:<br>**Bank of America**<br>**One Bank of America Plaza**<br>**St. Louis, MO 63101** | Wire to:<br>**Bank of America**<br>**One Bank of America Plaza**<br>**St. Louis, MO  63101**<br>**ABA #0260-0959-3** |
| **Please return Remittance Advice with**<br>**payment in the enclosed envelope.** | **Routing #081000032**<br>**Account # 100101007976** | **Account # 100101007976**<br>Swift Codes:<br>**BOFAUS3N (incoming US wires)**<br>**BOFAUS6S (incoming Non-US wires)** |

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.

**Please include the Client, Matter, or Invoice Number with all payments.**

BRYAN
CAVE
LEIGHTON
PAISNER

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Fuqua, Michael
B/Riley Advisory Services
3445 Peachtree Road
Suite 1225
Atlanta, GA 30326

November 19, 2020
Invoice # 10992546
Client # 1151958

Payment is due upon
Receipt

## STATEMENT OF ACCOUNT

CURRENT CHARGES FOR MATTER:

File #1151958.000006
Representation of Michael Fuqua as Receiver for Critical
Resolution Mediation LLC

| | | |
|---|---|---|
| Fees for Legal Services | $ | 6,637.50 |
| **TOTAL CHARGES THIS INVOICE** | **$** | **6,637.50** |

Statement Total                                                    $          6,637.50

Bryan Cave Leighton Paisner LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

## PAYMENT INSTRUCTIONS

**Check Payment Instructions:**

Bryan Cave Leighton Paisner LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

**ACH Payment Instructions:**

ACH to:
     Bank of America
     One Bank of America Plaza
     St. Louis, MO  63101

     Routing #081000032
     Account # 100101007976

**Wire Instructions:**

Wire to:
     Bank of America
     One Bank of America Plaza
     St. Louis, MO  63101
     ABA #0260-0959-3
     Account # 100101007976
Swift Codes:
     BOFAUS3N (incoming US wires)
     BOFAUS6S (incoming Non-US wires)

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.

**Please include the Client, Matter, or Invoice Number with all payments.**

Fuqua, Michael

November 19, 2020
Invoice # 10992546
Client # 1151958
Page 2

---

For Legal Services Rendered Through October 31, 2020

      File # 1151958.000006
      Representation of Michael Fuqua as Receiver for Critical
      Resolution Mediation LLC

| | | | | |
|---|---|---|---|---|
| 10/01/20 | J. D. Odom | 0.20 hrs. | 75.00 | Telephone call with M. Fuqua regarding new FTC receivership |
| 10/02/20 | J. D. Odom | 0.10 hrs. | 37.50 | Confer with A. Ferebee regarding new receivership. |
| 10/06/20 | J. D. Odom | 1.20 hrs. | 450.00 | Telephone conferences with M. Fuqua, review the Temporary Restraining Order; confer with S. Shapiro regarding preparing the notice of appearance; review correspondence from H. Clausen regarding depositions; confer with R. Rock regarding the hearing and pleadings under seal. |
| 10/07/20 | A. W. Ferebee | 0.40 hrs. | 150.00 | Review complaint and TRO. |
| 10/07/20 | J. D. Odom | 0.50 hrs. | 187.50 | Revise Notice of Appearance for the case; review pleadings. |
| 10/08/20 | A. W. Ferebee | 0.20 hrs. | 75.00 | Review complaint and TRO. |
| 10/08/20 | J. D. Odom | 1.00 hrs. | 375.00 | Confer with the team regarding preparing a notice of Appearance; correspondence with Robin Rock regarding pleadings under seal and filing the notice of appearance; review the complaint and brief in support of the TRO. |
| 10/09/20 | A. W. Ferebee | 0.30 hrs. | 112.50 | Review correspondence with defendants and prepare for deposition testimony. |
| 10/09/20 | K. Arocha | 3.90 hrs. | 1,462.50 | Review NDGA subpoena local rules; draft initial subpoena instructions and requests for production of documents; conform to requirements of rule 45; submit to J. Odom for review; revise and submit to FTC for review; supplement subpoena pursuant to |

Fuqua, Michael

November 19, 2020
Invoice # 10992546
Client # 1151958
Page 3

| | | | | |
|---|---|---|---|---|
| | | | | FTC suggestions; finalize formatting and substance; serve to Ring Central LLC via electronic subpoena service. |
| 10/09/20 | J. D. Odom | 0.10 hrs. | 37.50 | Telephone conference with M. Fuqua regarding the hearing and depositions. |
| 10/09/20 | J. D. Odom | 0.60 hrs. | 225.00 | Begin drafting deposition questions |
| 10/09/20 | J. D. Odom | 0.20 hrs. | 75.00 | Confer with A. Ferebee regarding preparing a deposition outline for the depositions. |
| 10/12/20 | A. W. Ferebee | 0.40 hrs. | 150.00 | Prepare for depositions of defendants. |
| 10/12/20 | K. Arocha | 2.80 hrs. | 1,050.00 | Draft initial subpoena instructions and requests for production of documents; conform to requirements of rule 45; submit to J. Odom for review; revise and submit to FTC for review; supplement subpoena pursuant to feedback; finalize formatting and substance; serve to Voxtelesys LLC via electronic subpoena service. |
| 10/12/20 | J. D. Odom | 0.30 hrs. | 112.50 | Confer with M. Fuqua and A. Ferebee regarding the depositions, deposition questions, rescheduling and other issues. |
| 10/12/20 | J. D. Odom | 0.20 hrs. | 75.00 | Correspondence with the Defendants and the Federal Trade Commission regarding depositions. |
| 10/13/20 | J. D. Odom | 0.20 hrs. | 75.00 | Correspondence with H. Clausen regarding the hearing and exhibits for the Receivers report. |
| 10/13/20 | J. D. Odom | 0.10 hrs. | 37.50 | Prepare correspondence to H. Clausen regarding depositions. |
| 10/14/20 | K. Arocha | 1.30 hrs. | 487.50 | Review and analyze relevant pleadings in case; attend hearing before NDGA Judge Boulee (No Charge); memorialize notes and events. |

Fuqua, Michael

November 19, 2020
Invoice # 10992546
Client # 1151958
Page 4

| | | | | |
|---|---|---|---|---|
| 10/14/20 | J. D. Odom | 0.50 hrs. | 187.50 | Prepare Notice of Filing Initial Receiver's Report |
| 10/14/20 | J. D. Odom | 0.50 hrs. | 187.50 | Attend virtual hearing on preliminary injunction. |
| 10/14/20 | J. D. Odom | 0.50 hrs. | 187.50 | Prepare for preliminary injunction hearing. |
| 10/14/20 | J. D. Odom | 0.30 hrs. | 112.50 | Review and revise subpoena to RingCentral |
| 10/14/20 | J. D. Odom | 0.30 hrs. | 112.50 | Telephone conferences with M. Fuqua regarding the receiver's report, exhibits and hearing. |
| 10/22/20 | J. D. Odom | 0.30 hrs. | 112.50 | Review and revise subpoena to Voxtelesys. |
| 10/22/20 | J. D. Odom | 0.10 hrs. | 37.50 | Prepare correspondence to Hans Clausen and Robin Rock regarding the draft Subpoenas. |
| 10/22/20 | J. D. Odom | 0.10 hrs. | 37.50 | Review correspondence from Hans Clausen and M. Fuqua and the defendants regarding the Personal Credit on Legal Hold . |
| 10/26/20 | J. D. Odom | 0.20 hrs. | 75.00 | Confer with K. Arocha regarding finalizing and serving the subpoenas to the telecommunications providers. |
| 10/27/20 | J. D. Odom | 0.20 hrs. | 75.00 | Review various correspondence regarding unfreezing the credit card and analyzing the statements. |
| 10/27/20 | J. D. Odom | 0.10 hrs. | 37.50 | Confer with K. Arocha regarding sending the finalized subpoenas to the FTC and notifying the team of the service date. |
| 10/28/20 | J. D. Odom | 0.20 hrs. | 75.00 | Review various correspondence from Hans Clausen , M. Fuqua and B. McKenzie regarding the credit card and other matters. |
| 10/28/20 | J. D. Odom | 0.10 hrs. | 37.50 | Review correspondence regarding the sharefile data collection. |
| 10/29/20 | J. D. Odom | 0.10 hrs. | 37.50 | Review correspondence from potential defendants attorney |

Fuqua, Michael

November 19, 2020
Invoice # 10992546
Client # 1151958
Page 5

| 10/29/20 | J. D. Odom | 0.10 hrs. | 37.50 | Correspondence with M. Fuqua and the FTC regarding various matters. |
| 10/30/20 | J. D. Odom | 0.10 hrs. | 37.50 | Telephone call from telecommunications provider regarding questions about the subpoena. |

## TIMEKEEPER SUMMARY OF FEES

| Name | Status | | Hours | Rate/Hr | Amount |
|------|--------|---|-------|---------|--------|
| A. W. Ferebee | STAFF LWYR | AT | 1.30 | 375.00 | 487.50 |
| K. Arocha | ASSOCIATE | AT | 8.00 | 375.00 | 3,000.00 |
| J. D. Odom | PARTNER | AT | 8.40 | 375.00 | 3,150.00 |
| | TOTAL | | 17.70 | 375.00 | 6,637.50 |

Total Hours                                17.70

Total Fees for Legal Services                    $    6,637.50

TOTAL CHARGES FOR THIS INVOICE              $    6,637.50

### BRYAN CAVE LEIGHTON PAISNER

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Fuqua, Michael                                         November 19, 2020
B/Riley Advisory Services                             Invoice # 10992546
3445 Peachtree Road                                   Client # 1151958
Suite 1225                                            Matter # 1151958.000006
Atlanta, GA 30326

<u>REMITTANCE ADVICE</u>

<u>CURRENT CHARGES</u>

    File #1151958.000006
    Representation of Michael Fuqua as Receiver for Critical
    Resolution Mediation LLC

Fees for Legal Services                      $        6,637.50

| **TOTAL CHARGES THIS INVOICE** | **$** | **6,637.50** |
|---|---|---|

Statement Total                              $        6,637.50

Bryan Cave Leighton Paisner LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

### PAYMENT INSTRUCTIONS

| Check Payment Instructions: | ACH Payment Instructions: | Wire Instructions: |
|---|---|---|
| **Bryan Cave Leighton Paisner LLP**<br>**P.O. Box 503089**<br>**St. Louis, MO  63150-3089**<br><br>**Please return Remittance Advice with payment in the enclosed envelope.** | **ACH to:**<br>  **Bank of America**<br>  **One Bank of America Plaza**<br>  **St. Louis, MO  63101**<br><br>  **Routing #081000032**<br>  **Account # 100101007976** | **Wire to:**<br>  **Bank of America**<br>  **One Bank of America Plaza**<br>  **St. Louis, MO  63101**<br>  **ABA #0260-0959-3**<br>  **Account # 100101007976**<br>**Swift Codes:**<br>  **BOFAUS3N (incoming US wires)**<br>  **BOFAUS6S (incoming Non-US wires)** |

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.

**Please include the Client, Matter, or Invoice Number with all payments.**